IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 09-cv-02485-CBS-KMT

NORA GARCIA,
    Plaintiff,
v.

MJ HECKER AND ASSOCIATES, PC,
    Defendant.
_____

ORDER OF REFERENCE AND ORDER
_____

This civil action comes before the court on several matters:

I.     Consent to Proceed by Magistrate Judge

On March 8, 2010, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (*See* doc. # 15). All previously scheduled matters will now be handled by Magistrate Judge Shaffer at the Alfred A. Arraj United States Courthouse, Courtroom A-402, 4th Floor, 901 Nineteenth St., Denver, Colorado 80294. Magistrate Judge Shaffer's chambers telephone number is (303) 844-2117. All future filings in this case shall be filed in the United States District Court for the District of Colorado under the caption **Civil Action No. 09-cv-02485-CBS-KMT**.

1

II.     Order of Reference

The Order of Reference dated October 29, 2009 (doc. # 2) is hereby VACATED. This matter is now referred to United States Magistrate Judge Kathleen M. Tafoya *for settlement purposes only*, to convene such settlement conferences and direct related proceedings as may facilitate settlement of this case.  A settlement conference was held on March 4, 2010 at which no settlement was reached.  (*See* doc. # 14).  No further settlement conference is currently set.

III.    Order

A.      The deadlines and settings set forth in the Scheduling Order dated March 4, 2010 (doc. # 13) remain unchanged.

B.      The Final Pretrial Conference set on Thursday October 21, 2010 at 9:15 a.m. will take place before Magistrate Judge Shaffer in Courtroom A-402, 4th Floor of the Alfred A. Arraj United States Courthouse, 901 Nineteenth St., Denver, Colorado. The parties shall submit a proposed Final Pretrial Order no later than Thursday October 14, 2010.

C.      **A Telephone Status Conference shall be held** by Magistrate Judge Shaffer in Courtroom A-402, 4th Floor, **on Monday April 12, 2010 at 8:30 a.m.** Mountain Time for the purposes of reviewing the Scheduling Order and setting a Trial Preparation Conference and trial date.  Counsel for Plaintiff and Defendant shall arrange a telephone conference call among themselves before telephoning the court at (303) 844-2117 at the scheduled time.

DATED at Denver, Colorado, this 9th day of March, 2010.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge