IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-02485-CBS-KMT

NORA GARCIA,

    Plaintiff,

v.

MJ HECKER AND ASSOCIATES, PC,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

IT IS HEREBY ORDERED that the "Stipulated Motion for Protective Order" (filed 3/23/10; *doc. no. 19*) is STRICKEN for failure to comply with District of Colorado ECF Procedure V.L

Before refiling parties should note the following steps:

1)     Need to file a Motion for Protective Order;
2)     Need to file the stipulated protective order as an *attachment* to the Motion; and
3)     Need to email a copy of the stipulated protective order in either, Word or Word Perfect format, to Shaffer_Chambers@cod.uscourts.gov.

Parties are directed to contact the ECF Help Desk at 303.335.2050 for further assistance.

**DATED:**     March 25, 2010