IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 09-cv-02485-CBS-KMT

NORA GARCIA,
    Plaintiff,
v.

MJ HECKER AND ASSOCIATES, PC,
    Defendant.
_____

ORDER ON STIPULATION TO DISMISS
_____

This civil action comes before the court on the parties' "Stipulation to Dismiss Case" (filed April 21, 2010) (doc. # 30). On March 8, 2010, the above-captioned case was referred to the Magistrate Judge to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (*See* doc. # 15). The court now being sufficiently advised in the premises, IT IS ORDERED that:

    1.    The parties' Stipulation is approved and this civil action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear her or its own attorney fees and costs.

    2.    The Status Conference set on April 26, 2010 at 11:00 a.m. and the Final Pretrial Conference set on October 21, 2010 at 9:15 a.m. are hereby VACATED.

    3.    The deadlines for discovery, dispositive motions, and a proposed Pretrial Order are hereby VACATED.

DATED at Denver, Colorado, this 21st day of April, 2010.

BY THE COURT:

 s/Craig B. Shaffer
United States Magistrate Judge